ROB BONTA
Attorney General of California
TODD GRABARSKY
Supervising Deputy Attorney General
CAMILLE FRAMROZE
Deputy Attorney General
SABRINA T. MCGRAW
Deputy Attorney General
State Bar No. 332075
   455 Golden Gate Avenue, Suite 11000
   San Francisco, CA  94102-7004
   Telephone:  (415) 510-3916
   Fax:  (415) 703-5480
   E-mail:  Camille.Framroze@doj.ca.gov
*Attorneys for Defendants*
*John Reynolds, Darcie L. Houck, Karen*
*Douglas, Matthew Baker, Christine Harada,*
*and Rob Bonta, in their Official Capacities*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PACIFIC BELL TELEPHONE COMPANY d/b/a AT&T CALIFORNIA,**<br><br>                   Plaintiff,<br><br>      v.<br><br>**JOHN REYNOLDS, in his official capacity as President of the California Public Utilities Commission; DARCIE L. HOUCK, KAREN DOUGLAS, MATTHEW BAKER, and CHRISTINE HARADA, in their official capacities as Commissioners of the California Public Utilities Commission; ROB BONTA, in his official capacity as Attorney General of the State of California,**<br><br>                 Defendants. | No. 3:26-cv-03148-LL-JAC<br><br>**DECLARATION OF ROBERT B. OSBORN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Dept:        Courtroom 14B<br>Judge:      Hon. Linda Lopez<br>Trial Date:   Not Set<br>Action Filed:  May 20, 2026 |

1

I, Robert B. Osborn, hereby declare and state as follows:

1. I submit this declaration in support of Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction in this matter. This declaration is based upon matters within my own personal knowledge. If called as a witness, I could and would competently testify to the matters stated herein.

2. I am the Director of Broadband Consumer Programs and Carrier Oversight at the California Public Utilities Commission ("CPUC"). I have been with CPUC for over 14 years. In my role, I manage three branches in the Communications Division that oversee five consumer programs aimed at providing safe, reliable, and affordable communications services to Californians, as well as budget, human resources, contracts, licensing, and service quality.

3. CPUC is responsible for regulating investor-owned utilities within California, including electricity, natural gas, telecommunications, and water companies, as well as common carriers, to assure Californians' access to safe and reliable utility infrastructure and services.

4. As part of that role, CPUC requires telecommunication carriers in California, also known as Carriers of Last Resort ("COLR"), to offer basic service to anyone that requests it in their territory.

5. COLRs must provide basic service to customers within their service territory. Basic service is a suite of nine requirements designed to meet the minimum needs that Californians have come to expect from their telephone service.

6. A COLR seeking to offer basic service using a technology that CPUC has not previously approved may file a "Tier 2 Advice Letter" describing its basic service offering. Tier 2 Advice Letters are subject to ministerial disposition by CPUC staff.

7. If the COLR seeks to offer basic service using a new technology that cannot meet all of the existing basic service requirements, the COLR may file a

1

"Tier 3 Advice Letter" explaining which of the existing requirements do not apply, and how the new technology maintains essential basic service.

8. CPUC General Order 96-B sets forth the process governing advice letter filings. This is a streamlined, informal process that does not require adjudication before an Administrative Law Judge, and that must be conducted within strictly defined time frames.

9. Pacific Bell Telephone Company d/b/a A&T California ("AT&T") is a COLR in California. AT&T offers basic service to Californians over both copper and fiber facilities.

10. I understand that AT&T offers a service called AT&T Phone – Advanced ("AP-A"). AT&T has never represented to CPUC that it wishes to offer basic service through AP-A.

11. AT&T has never represented to CPUC that its AP-A offering includes any of the following elements of basic service:

- flat rate options for unlimited incoming and outgoing calls,
- California LifeLine rates and charges for eligible customers;
- access to customer service information about Universal Lifeline Telephone Service, service activation, termination, and repair, and bill inquiries;
- one-time free blocking for information services and one-time billing adjustments for charges incurred inadvertently, mistakenly, or without authorization.
- Access to telephone relay service as provided in Pub. Util. Code Section 2881.

12. I understand that AT&T's AP-A service could cost more per month for customers than its POTS offering, depending on mobile coverage. I also understand that customers must purchase additional equipment to obtain telephone service through AP-A.

Declaration of Robert B. Osborn ISO Opp. to Mtn. for Preliminary Injunction (3:26-cv-03148)

13. A telephone relay service is a free public service that allows people who are deaf, hard of hearing, deaf-blind, or who have speech disabilities to make and receive telephone calls.

14. In June 2024, CPUC initiated a process to review and possibly update the COLR rules, including as to what the definition of "basic service" should include in a changing technological landscape. AT&T has been participating in this process and has filed comments in the proceeding.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 17th day of June, 2026, in Los Angeles, California.

_____
Robert B. Osborn

3

Declaration of Robert B. Osborn ISO Opp. to Mtn. for Preliminary Injunction (3:26-cv-03148)