**GIBSON, DUNN & CRUTCHER LLP**
THEODORE J. BOUTROUS, JR., SBN 132099
  tboutrous@gibsondunn.com
JILLIAN N. LONDON, SBN 319924
  jlondon@gibsondunn.com
PATRICK J. FUSTER, SBN 326879
  pfuster@gibsondunn.com
BRANTON J. NESTOR, SBN 338445
  bnestor@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile:  213.229.7520

JEFFREY B. WALL (*pro hac vice*)
  jwall@gibsondunn.com
MORGAN L. RATNER (*pro hac vice*)
  mratner@gibsondunn.com
1700 M Street, N.W.
Washington, DC 20036-4504
Telephone: 202.955.8533

*Attorneys for Plaintiff Pacific Bell Telephone Company d/b/a AT&T California*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC BELL TELEPHONE COMPANY d/b/a AT&T CALIFORNIA,<br><br>                    Plaintiff,<br><br>          v.<br><br>JOHN REYNOLDS, in his official capacity as President of the California Public Utilities Commission; DARCIE L. HOUK, KAREN DOUGLAS, MATTHEW BAKER, and CHRISTINE HARADA, in their official capacities as Commissioners of the California Public Utilities Commission; ROB BONTA, in his official capacity as Attorney General of the State of California,<br><br>                    Defendants. | Case No. 3:26-cv-03148-LL-JAC<br><br>**DECLARATION OF JILLIAN LONDON IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge:  Honorable Linda Lopez<br><br>Courtroom:  14B<br><br>Hearing Date:  July 1, 2026 |

## DECLARATION OF JILLIAN LONDON

I, Jillian London, hereby declare as follows:

1. I am an attorney licensed to practice law in the State of California. I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, and represent Pacific Bell Telephone Company d/b/a AT&T California ("Plaintiff") in this matter. I make this declaration in support of Plaintiff's reply filed in support of its Motion for Preliminary Injunction. Unless otherwise stated, the facts in this declaration are based on my personal knowledge and, if called as a witness, I could and would testify competently hereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the California Public Utilities Commission's ("CPUC") December 24, 2012 Decision Adopting Basic Telephone Service Revisions in connection with the Order Instituting Rulemaking Regarding Revisions to the California High Cost Fund B Program, R.09-06-019, D.12-12-038.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Federal Communications Commission's ("FCC") November 20, 2024 Public Notice of Comments Invited on AT&T's Section 214 Application to Grandfather and Discontinue Legacy Voice Service as Part of a Technology Transition, WC Docket No. 24-220.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the FCC's July 25, 2025 Public Notice of Comments Invited on AT&T's Section 214 Application to Discontinue Domestic Legacy Voice Service as Part of a Technology Transition, WC Docket No. 25-228.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the June 15, 2026 Comments of the People of the State of California and the CPUC before the FCC In the Matter of Section 63.71 Applications of AT&T Services, Inc., on behalf of its affiliate; Pacific Bell Telephone Company d/b/a AT&T California, Authority

Pursuant to Section 214 of the Communications Act of 1934, As Amended, To Discontinue the Provision of Service, WC Docket Nos. 26-120, 26-121.

6. Attached hereto as **Exhibit 5** is a true and correct copy of CPUC's October 25, 1996 Decision Re Universal Service and Compliance with the Mandates of Assembly Bill 3643 issued in connection with the Rulemaking on the Commission's Own Motion into Universal Service and to Comply with the Mandates of Assembly Bill 3643, R.95-01-020, D.96-10-066.

7. Attached hereto as **Exhibit 6** is a true and correct copy of the CPUC's June 25, 2024 Decision Dismissing With Prejudice the Application of AT&T California to Withdraw as a Carrier of Last Resort in connection with the Application of Pacific Bell Telephone Company d/b/a AT&T California (U1001C) for Targeted Relief from its Carrier of Last Resort Obligation and Certain Associated Tariff Obligations, A.23-03-003, D.24-06-024.

8. Attached hereto as **Exhibit 7** is a true and correct copy of CPUC's June 18, 2026 Order Extending Statutory Deadline in connection with the Order Instituting Rulemaking Proceeding to Consider Changes to the Commission's Carrier of Last Resort Rules, R.24-06-012, D.26-06-020.

9. Attached hereto as **Exhibit 8** is a true and correct copy of CPUC's General Order 96-B.

10. Attached hereto as **Exhibit 9** is a true and correct copy of a Telecommunication Advice Letter Search conducted by colleagues at my firm on June 23, 2026 for letters filed by "Pacific Bell" on August 19, 2022.

11. Attached hereto as **Exhibit 10** is a true and correct copy of a Telecommunication Advice Letter Search conducted by colleagues at my firm on June 23, 2026 for letters filed by "Pacific Bell" on May 5, 2023.

12. Attached hereto as **Exhibit 11** is a true and correct copy of a Telecommunication Advice Letter Search conducted by colleagues at my firm on June 23, 2026 for letters filed by "Pacific Bell" on April 12, 2024.

GIBSON, DUNN & CRUTCHER LLP

- 2 -                    DECLARATION OF JILLIAN LONDON

13.    Attached hereto as **Exhibit 12** is a true and correct copy of CPUC's December 5, 2025 Decision Denying in Part Pacific Bell Telephone Company d/b/a AT&T California's Application to Relinquish Eligible Telecommunications Carrier Designation in connection with the Application of Pacific Bell Telephone Company d/b/a AT&T California (U 1001 C) To Relinquish Its Eligible Telecommunications Carrier Designation, A.23-03-002, D.25-12-004.

14.    Attached hereto as **Exhibit 13** is a true and correct copy of CPUC's February 4, 2025 Assigned Commissioner's Scoping Memo and Ruling in connection with the Order Instituting Rulemaking Proceeding to Consider Changes to the Commission's Carrier of Last Resort Rules, R.24-06-012.

15.    Attached hereto as **Exhibit 14** is a true and correct copy of CPUC's April 11, 2025 General Order 133-E.

16.    Attached hereto as **Exhibit 15** is a true and correct copy of CPUC's March 2, 2026 Order Instituting Rulemaking in connection with the Order Instituting Rulemaking Proceeding to Consider Service Quality Rules for Wireless Carriers, R.26-02-017.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 24, 2026, in Los Angeles, California.

_____
Jillian London

GIBSON, DUNN &
CRUTCHER LLP

- 3 -                    DECLARATION OF JILLIAN LONDON

**INDEX TO EXHIBITS**

**DECLARATION OF JILLIAN LONDON IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

| Exhibit | Document | Page |
|---|---|---|
| 1 | CPUC's December 24, 2012 Decision Adopting Basic Telephone Service Revisions in connection with the Order Instituting Rulemaking Regarding Revisions to the California High Cost Fund B Program, R.09-06-019, D.12-12-038. | 1-71 |
| 2 | FCC's November 20, 2024 Public Notice of Comments Invited on AT&T's Section 214 Application to Grandfather and Discontinue Legacy Voice Service as Part of a Technology Transition, WC Docket No. 24-220. | 72-76 |
| 3 | FCC's July 25, 2025 Public Notice of Comments Invited on AT&T's Section 214 Application to Discontinue Domestic Legacy Voice Service as Part of a Technology Transition, WC Docket No. 25-228. | 77-81 |
| 4 | June 15, 2026 Comments of the People of the State of California and the CPUC before the FCC In the Matter of Section 63.71 Applications of AT&T Services, Inc., on behalf of its affiliate; Pacific Bell Telephone Company d/b/a AT&T California, Authority Pursuant to Section 214 of the Communications Act of 1934, As Amended, To Discontinue the Provision of Service, WC Docket Nos. 26-120, 26-121. | 82-106 |
| 5 | CPUC's October 25, 1996 Decision Re Universal Service and Compliance with the Mandates of Assembly Bill 3643 issued in connection with the Rulemaking on the Commission's Own Motion into Universal Service and to Comply with the Mandates of Assembly Bill 3643, R.95-01-020, D.96-10-066. | 107-450 |
| 6 | CPUC's June 25, 2024 Decision Dismissing With Prejudice the Application of AT&T California to Withdraw as a Carrier of Last Resort in connection with | 451-478 |

GIBSON, DUNN & CRUTCHER LLP

- 4 -                    DECLARATION OF JILLIAN LONDON

|  |  | |  |
|---|---|---|
|  | the Application of Pacific Bell Telephone Company d/b/a AT&T California (U1001C) for Targeted Relief from its Carrier of Last Resort Obligation and Certain Associated Tariff Obligations, A.23-03-003, D.24-06-024. |  |
| 7 | CPUC's June 18, 2026 Order Extending Statutory Deadline in connection with the Order Instituting Rulemaking Proceeding to Consider Changes to the Commission's Carrier of Last Resort Rules, R.24-06-012, D.26-06-020. | 479-482 |
| 8 | CPUC's General Order 96-B. | 483-552 |
| 9 | Telecommunication Advice Letter Search conducted by colleagues at my firm on June 23, 2026 for letters filed by "Pacific Bell" on August 19, 2022. | 553-554 |
| 10 | Telecommunication Advice Letter Search conducted by colleagues at my firm on June 23, 2026 for letters filed by "Pacific Bell" on May 5, 2023. | 555-556 |
| 11 | Telecommunication Advice Letter Search conducted by colleagues at my firm on June 23, 2026 for letters filed by "Pacific Bell" on April 12, 2024. | 557-558 |
| 12 | CPUC's December 5, 2025 Decision Denying in Part Pacific Bell Telephone Company d/b/a AT&T California's Application to Relinquish Eligible Telecommunications Carrier Designation in connection with the Application of Pacific Bell Telephone Company d/b/a AT&T California (U 1001 C) To Relinquish Its Eligible Telecommunications Carrier Designation, A.23-03-002, D.25-12-004. | 559-657 |
| 13 | CPUC's February 4, 2025 Assigned Commissioner's Scoping Memo and Ruling in connection with the Order Instituting Rulemaking Proceeding to Consider Changes to the Commission's Carrier of Last Resort Rules, R.24-06-012. | 658-676 |
| 14 | CPUC's April 11, 2025 General Order 133-E. | 677-693 |

GIBSON, DUNN &
CRUTCHER LLP

- 5 -                    DECLARATION OF JILLIAN LONDON

| 15 | CPUC's March 2, 2026 Order Instituting Rulemaking in connection with the Order Instituting Rulemaking Proceeding to Consider Service Quality Rules for Wireless Carriers, R.26-02-017. | 694-716 |
|----|----|----|